On December 10, 1985, this court upheld the appellant's third degree burglary conviction and 15 year sentence, but remanded this cause to the circuit court for a new sentencing hearing because of a lack of proof of compliance with the provisions of the Alabama Habitual Felony Offender Act.
Pursuant to our opinion as stated, the circuit court held a new sentencing hearing at which the State presented proper proof of three prior felony convictions which occurred in the Circuit Court of Bibb County, Alabama, for theft of property in the second degree. Appellant was represented by counsel in these proceedings.
In accordance with the return as heretofore filed in this court on April 9, 1986, this cause is hereby affirmed.
AFFIRMED.
All the Judges concur.